AO 91 (Rev. 08/09)  Criminal Complaint

AUSA  Elizabeth Stafford (313) 226-9692
Special Agent  Robert Ziskie (313) 234-4000

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

MARVELL BRIAN LLOYD

Case:2:10-mj-30117
Judge: Unassigned,
Filed: 03-31-2010 At 11:52 AM
RE: MARVELL BRIAN LLOYD (eob)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 08/20/2006 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 3146 | Failure to report to the Bureau of Prisons to start serving sentence. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_SA Robert T Ziskie_
*Complainant's signature*

Special Agent Robert Ziskie, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

_Donald C. Scheer_
*Judge's signature*

Date:  03/31/2010

City and state:  Detroit, Michigan

United States Magistrate Judge Donald A. Scheer
*Printed name and title*

# AFFIDAVIT

Affiant, Robert Ziskie being duly sworn, deposes the following to wit:

That he is a Special Agent with the Drug Enforcement Administration and has been so employed for the past 4 years.  SA Robert Ziskie is assigned to the Drug Enforcement Administration Detroit Division Office.  That he has been to a 16 week basic narcotic school and has conducted numerous drug investigations, arrests, and search and seizures related to drug violations.  Prior to the Drug Enforcement Administration, SA Ziskie was employed by the Oakland County Sheriff's Department as a Deputy Sheriff for approximately 11 months. Affiant knows from his specialized training the following:

## OVERVIEW OF INVESTIGATION

1. On March 08, 2006, Marvell Brian LLOYD hereafter referred to as LLOYD was sentenced to 135 months for Conspiracy to Possess With Intent to Distribute Cocaine under case number 04-80939.  LLOYD was ordered to self surrender to Morgantown Federal Detention Center in Morgantown West Virginia on August 20, 2006.

2. LLOYD never reported as directed at Morgantown Detention Center and has been a United States Marshall fugitive since.  Several attempts have been made by the United States Marshall Service to arrest LLOYD.

3. On March 30, 2010 LLOYD was arrested by the United States Marshall Service Fugitive Apprehension Team on his Federal Fugitive Arrest Warrant.

4. Based on your affiant's training and experience and on the facts detailed herein, your affiant believes that there is probable cause to believe that Marvell Brian LLOYD has committed offenses in violation of Title 18 United States Code Section 3146.

*SA Robert T Ziskie*
Special Agent Robert Ziskie
Drug Enforcement Administration

Sworn and subscribed to me this
**31** day of March, 2010

*Donald C. Lokeen*
United States Magistrate Judge